1 Law Office of Brian C. Andritch
Brian C. Andritch, CA SBN 203808
2 2140 Merced Street, Suite 105
Fresno, California  93721
3 Tel.    (559) 495-0200
Fax.    (559) 495-0123
4

5 Attorney for Defendant
Oscar Diaz-Landa
6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No.  1:15-cr-00233-DAD-BAM-2

12           Plaintiff,

13        v.                             STIPULATION AND ORDER TO
                                         CONTINUE CHANGE OF PLEA HEARING
14  OSCAR DIAZ LANDA,

15           Defendant.

16

17        TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES

18              ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

19        **IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective

20 clients that the change of plea hearing currently on calendar for April 3, 2017, at 10:00 a.m., be

21 continued to May 1, 2017, at 10:00 a.m., or as soon thereafter as is convenient to the court's

22 calendar.

23        This continuance is requested by counsel for Defendant, OSCAR DIAZ-LANDA, due to

24 the fact that Defense counsel will be in trial in State court.  Counsel for defendant has spoken

25 with Assistant U. S. Attorney, Henry Z. Carbajal III, who has no objection to this continuance.

26 The parties agree to exclude time based on further defense preparation, investigation and

27 negotiations etc.  and agree that the time period of the date of this stipulation to May 1, 2017,

28 inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and

(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 24, 2017                          /s/ Brian C. Andritch
                                                Brian C. Andritch
                                                Attorney for Defendant


Dated: March 24, 2017.                          UNITED STATES ATTORNEY'S OFFICE

                                                 /s/ Henry Z. Carbajal III
                                                Henry Z. Carbajal III
                                                Assistant U.S. Attorneys

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the change of plea hearing in this case.  Good cause appearing, the change of plea hearing as to the above named defendant currently set for April, 3 2017, is continued to May 1, 2017, at 10:00am. The time period between April 3, 2017 and May 1, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

   Dated:   __**March 24, 2017**__                    _Dale A. Drozd_____
                                                UNITED STATES DISTRICT JUDGE